THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Joe Whitaker, Appellant.
 
 
 

Appeal From Greenville County
Roger L. Couch, Special Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-405
Submitted July 1, 2008  Filed July 17,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Joe Whitaker appeals his conviction and
 sentence for two counts of engaging a child for sexual performance, two counts
 of unlawful conduct towards a child, two counts of second-degree criminal
 sexual conduct with a minor, and two counts of promoting prostitution of a
 minor.  On appeal, Whitaker argues his guilty plea failed to comply with the
 mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969), because
 the circuit court accepted his guilty plea without apprising him a jurys
 guilty verdict must be unanimous.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Whitakers appeal.  
APPEAL DISMISSED.
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.